Marc V. Kalagian
Attorney at Law: 149034
Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420 Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rk_sslaw@speakeasy.net

Attorneys for Plaintiff
Carmen Lopez-Cham

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARMEN LOPEZ-CHAM,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: CV 00-10299 SH<br><br>[PROPOSED] ORDER ON STIPULATION |

IT IS SO ORDERED on the stipulation of the parties that attorney fees pursuant to 42 U.S.C. § 406 (b) are approved in the amount of $12,000.00. Counsel shall reimburse plaintiff the amount of $2,850.00 for the EAJA fee previously paid by the Commissioner. The amount approved is reasonable.

///

///

///

///

Gisbrecht v. Barnhart, 535 U.S. 789 (2002); Crawford v. Astrue, 586 F.3d 1142 (9th Cir. 2009). Payment of fees shall be made directly to counsel.

DATE: 12/30/10

THE HONORABLE STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE